**UNITED STATES of America,
Plaintiff–Appellee**

v.

**David Antoine JOHNSON,
Defendant–Appellant.**

No. 06–11392
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 15, 2008.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

David Antoine Johnson, U.S. Penitentiary Big Sandy, Inez, KY, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

David Antoine Johnson, federal prisoner # 27125–177, appeals the district court's dismissal of his motion to reduce his sentence, purportedly filed pursuant to 18 U.S.C. § 3553(a)(6), (b)(1)–(2). The cited subsections do not authorize such a motion. Because Johnson's motion also did not fall under any of the provisions of 18 U.S.C. § 3582(c), the motion was unauthorized and without jurisdictional basis. *See United States v. Early*, 27 F.3d 140, 141–42 (5th Cir.1994). Moreover, it cannot be construed as a 28 U.S.C. § 2255 motion to vacate because Johnson has already filed at least one § 2255 motion and the current motion is subject to the jurisdictional bar of the successive-motion provision, 28 U.S.C. § 2244(b)(3)(A). *See United States v. Key*, 205 F.3d 773, 774 (5th Cir.2000). AFFIRMED; MOTION FOR APPOINTMENT OF COUNSEL DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.